| Com. v. White | 06/15/201662 EAL (2016) | Denied | Pa.Super., 136 A.3d 1036 |
|---|---|---|---|
| Com. v. Williams | 06/15/201635 EAL (2016) | Denied | Pa.Super., 135 A.3d 669 |
| Conyers-Carson v. Germantown Homes | 06/02/201641 EAL (2016) | Denied | Pa.Super., 136 A.3d 1030 |
| Dewing v. Abarta Oil & Gas Co., Inc. | 05/02/2016753 MAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Dicenzo v. Heary | 06/01/201657 WAL (2016) | Denied | Pa.Super., 136 A.3d 1028 |
| EQT Production Co. v. Bochter | 06/01/2016432 WAL (2015) | Denied | Pa.Super., 125 A.3d 460 |
| Feingold v. Brody | 06/02/201639 EAL (2016) | Denied | Pa.Super., 136 A.3d 1025 |
| Fell v. 340 Associates, LLC | 06/01/2016821 MAL (2015) | Denied | Pa.Super., 125 A.3d 75 |
| G.J.A., In re Adoption of; P.H.A., In re | 06/15/2016172 WAL (2016) | Denied | Pa.Super., 144 A.3d 208 |
| K.E.S., In re Adoption of; A.M.S., In re | 05/02/2016199 MAL (2016) | Denied | Pa.Super., 141 A.3d 593 |
| Muhammad v. Norris [15] | 06/02/201648 WAL (2016) | Denied | Pa.Super., 134 A.3d 96 |
| P.J.W.P., In re; T.D.W.-J., In re; J.T.Q.-W., In re | 06/01/2016126, 127 EAL (2016) | Denied | |

15. Justice WECHT did not participate in the consideration or decision of this matter.